**Order entered April 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00462-CV

### IN RE NAVEED KLAIR AND HUFSA CHEEMA, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11404**

## ORDER
Before Justices Francis, Myers and Schenck

Based on the Court's opinion of this date, we **DENY** the petition for writ of mandamus.

We **ORDER** relator to bear the costs of this original proceeding.


/s/    DAVID J. SCHENCK
       JUSTICE